

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 2-08-293-CV**

CITY OF NORTH RICHLAND HILLS, TEXAS                    APPELLANT

V.

LAURA FRIEND, INDIVIDUALLY AND AS                    APPELLEES
PERSONAL REPRESENTATIVE OF THE ESTATE
OF SARAH ELIZABETH FRIEND, DECEASED,
AND LUTHER FRIEND, INDIVIDUALLY

----------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Joint Motion To Dismiss Appeal."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  September 25, 2008

---

[1] *See* Tex. R. App. P. 47.4.